### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa F. Young <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 13-16473 amc |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                                   Respectfully submitted,

                                   **<u>/s/ Rebecca A. Solarz, Esquire</u>**
                                   Rebecca A. Solarz, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322 FAX (215) 627-7734