Certificate Number: 15317-PAE-DE-031490040

Bankruptcy Case Number: 13-16473



15317-PAE-DE-031490040

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 18, 2018</u>, at <u>3:07</u> o'clock <u>AM PDT</u>, <u>Melissa F Young</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  August 18, 2018                By:   /s/Mariel Macrohon

                                      Name: Mariel Macrohon

                                      Title: Counselor