United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 13-16473-amc
Melissa F. Young                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP                  Page 1 of 2              Date Rcvd: Sep 18, 2018
                               Form ID: 138NEW              Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db              +Melissa F. Young,    141 Goshen Road,    Schwenksville, PA 19473-2201
cr              +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr              +Ditech Financial LLC FKA Green Tree Servicing, LLC,    14841 Dallas Parkway, Suite 300,
                  DALLAS, TX 75254-7883
13107411        +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13171481         Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13107413        +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13107414        +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13170089         CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
13107415        +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13488323         Green Tree Servicing, LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
13107416       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   Elan Financial Service,    777 E Wisconsin Ave,
                  Milwaukee, WI 53202)
13107419        +Univest Bank & Trust/F,    14 N Main St,    Souderton, PA 18964-1713
13133902        +Univest National Bank & Trust Co.,    PO Box 64197,    Souderton, PA 18964-0197

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:48     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:02
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13142903        +E-mail/Text: bncmail@w-legal.com Sep 19 2018 02:39:30     ANTIO, LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13107412        +E-mail/Text: bk.notifications@jpmchase.com Sep 19 2018 02:38:50     Chase,    Po Box 901076,
                  Ft Worth, TX 76101-2076
13107417         E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:02     Green Tree Servicing L,
                  332 Minnesota St Ste 610,    Saint Paul, MN 55101
13121206        +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:51:29     Green Tree Servicing,LLC.,
                  7340 S. Kyrene Road,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
13123607         E-mail/Text: bk.notifications@jpmchase.com Sep 19 2018 02:38:50     JP Morgan Chase Bank, N.A.,
                  National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,    Phoenix, AZ 85038-9505
13107418        +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 19 2018 02:38:35     Kohls/Capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13219668         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:52:02
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: PaulP               Page 2 of 2                   Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:

```
          ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
          GEORGETTE   MILLER    on behalf of Debtor Melissa F. Young info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com
          GEORGETTE   MILLER    on behalf of Plaintiff Melissa F. Young info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com
          JILL   MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC, F/K/A Green Tree Servicing,
           LLC paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Melissa F. Young
    Debtor(s)

Bankruptcy No: 13−16473−amc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

>   900 Market Street
>   Suite 400
>   Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/18/18